IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:13-cr-0366 KJM |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| DASHAWN WILLIAMS, | ) | |
| Defendant. | ) | |

    The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

    OFFENSE:  18 USC § 2119 – Carjacking

    Panel attorney, Clemente Jimenez,  is hereby appointed effective November 12, 2013.

DATED:  11/15/2013

                                              HON. EDMUND F. BRENNAN
                                              United States Magistrate Judge

ORDER APPOINTING COUNSEL