BENJAMIN B. WAGNER
United States Attorney
ROBYN N. PULLIO
Special Assistant U.S. Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>DASHAWN WILLIAMS,<br><br>              Defendant. | CASE NO. 2:13-CR-0366 KJM<br><br>**STIPULATION REGARDING CONTINUANCE OF DISCOVERY HEARING ON DEFENSE MOTION FOR GRAND JURY TRANSCRIPTS** |

Plaintiff, UNITED STATES OF AMERICA, by and through its attorneys of record, ROBYN PULLIO and JILL THOMAS, and the Defendant, Dashawn Williams, through his attorney of record, HAYES GABLE III, hereby stipulate as follows:

1.  This matter was set for a discovery hearing on defendant's motion for grand jury transcripts on September 3, 2014 in front of Honorable Kendall J. Newman.

2.  The defendant filed its motion on August 1, 2014, moving the court for disclosure of grand jury transcripts.  The government filed its opposition on August 29, 2014.  The defendant, through his counsel, intends to file his reply by September 9, 2014.  By this stipulation, the parties now move to continue the hearing date from September 3, 2014 to September 16, 2014 in front of Honorable Carolyn K. Delaney, and to exclude time between August 1, 2014 and September 16, 2014 under Local Code E.  The DEFENDANT does not oppose this request.

Stipulation and [Proposed] Order for Continuance of
Discovery Hearing and for Exclusion of Time

1

3. The parties agree and stipulate, and request that the Court find the following:

    A. The DEFENDANT does not object to the new hearing date.

    B. Defense counsel needs additional time to respond to the government's 30-page opposition to defendant's motion for grand jury transcripts.

    C. Both parties agree that additional time is needed to prepare for the proposed hearing date on September 16, 2014.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 1, 2014 to September 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), [Local Code E]. This is because it results from a continuance granted by the Court at the parties' request on the basis of filing pretrial motions.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and [Proposed] Order for Continuance of
Discovery Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated: August 29, 2014                          BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     */s/ Jill M. Thomas*
                                                JILL THOMAS
                                                Assistant U.S. Attorney

                                                For the United States

Dated: August 29, 2014                  By:     */s/ Jill M. Thomas for*
                                                HAYES GABLE, III

                                                For the Defendant

# **O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of September, 2014.

Dated: September 2, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order for Continuance of
Discovery Hearing and for Exclusion of Time

3