UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DASHAWN WILLIAMS,<br><br>Defendant. | No. 2:13-cr-00366-KJM<br><br><br><br>ORDER |

For good cause shown, the court APPROVES the stipulation of the parties regarding the modification of the current protective order to allow defendant access to review the unredacted grand jury transcript, subject to the terms of the parties' agreement.

IT IS SO ORDERED.

DATED: December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

1