IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:13-cr-00366 KJM |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| DASHAWN WILLIAMS, | ) | |
| Defendant. | ) | |

The duty magistrate judge relieved Mr. Tedmon on December 9, 2015. On December 16, 2015 the defendant agreed to the appointment of Mr. Tedmon as standby counsel.

CJA Panel attorney Scott Tedmon is hereby appointed as standby counsel effective December 16, 2015.

DATED:  December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL          1