JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
DASHAWN WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DASHAWN WILLIAMS,<br><br>             Defendant. | No. 2:13-CR-0366-KJM<br><br>ORDER FOR APPOINTMENT OF COUNSEL FOR APPEAL |

Defendant Dashawn Williams, acting pro se, hereby applies for an order appointing counsel to represent him to appeal the district court's order denying his motion to dismiss filed November 1, 2016 (docket entry 149). Attorney John Balazs agrees to the appointment.

Mr. Williams remains pro se and attorney Scott Tedmon remains standby counsel for all further proceedings in the district court.

Respectfully submitted,

Dated: November 2, 2016

/s/ Dashawn Williams
DASHAWN WILLIAMS
Pro se Defendant
[original signature on file]

Dated: November 2, 2016

/s/ John Balazs
JOHN BALAZS

1

1 **<u>ORDER</u>**

2     IT IS SO ORDERED.

3 Dated: November 4, 2016

_____
UNITED STATES DISTRICT JUDGE