IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DASHAWN WILLIAMS,<br><br>                Defendant. | CASE NO. 2:13-CR-366 KJM EFB<br><br>SUMMARY ORDER REGARDING DEFENDANT'S DISCOVERY MOTION |

On June 7, 2017, the parties appeared before the Court to address Defendant's pending discovery motion. The following order reflects the disposition of the motion.

1. <u>Henthorn Requests</u>. The Government has represented that it will conduct an appropriate <u>Henthorn</u> review closer to trial and produce any appropriately discoverable information to Defendant.

2. <u>Agent Notes</u>. The Government has produced notes taken by agents in the course of witness interviews. The Government will continue to obtain agents' notes from any future interviews and to produce them, as appropriate.

3. <u>Police Dispatch Record</u>. The Government will ask the Vallejo Police Department to identify the officers who are recorded in the police dispatch record that has been produced, and to confirm the identity of the witness referenced in the record. The Government will also determine whether it has the witness's contact information and if not, will take reasonable steps to find that information. The Government will produce responsive information to Defendant's counsel; if such disclosures are subject to the protective order in this case, Defendant's counsel will treat them as such. The Government is not obliged to conduct any substantive interviews on Defendant's behalf.

4. <u>Police Officers</u>. Defendant has identified a series of identifying numbers on a Vallejo Police Department document, which may be Officer Identification Numbers. Defendant will provide that series of numbers to the Government, which will inquire with the Vallejo Police Department about them. The Government will produce information responsive to this request.

5. <u>Traffic Cameras</u>.  The Government will confirm whether the Vallejo Police Department has any traffic-camera footage of the alleged carjacking at issue in this case.

**IT IS SO ORDERED.**

Dated:  June 14, 2017.

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE