IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-366 KJM |
| Plaintiff, | ORDER REFERRING DEFENDANT FOR MENTAL COMPETENCE EVALUATION |
| v. | |
| DASHAWN WILLIAMS, | |
| Defendant. | |

On January 10, the parties appeared before the Court to review defense counsel's motion to refer Defendant Dashawn Williams for a mental competence evaluation. During that hearing, the Court stated that it intended to make the referral based on the information provided to it by defense counsel. The Court further asked the parties to meet and confer on an appropriate referral, given the Government's concern that it might not be able to pay for the services of a non-Government employee physician. The parties conferred and on January 16, submitted a stipulation providing that the Government could support the referral to a non-Government employee physician, and did not object to defense counsel's recommended physician, forensic psychiatrist Robin Lin, M.D. Further, on January 18, defense counsel submitted an unopposed application and proposed order, seeking to have the Court direct the Sacramento County Jail to provide counsel a copy of all mental health and medical records, including psychiatric records, for Mr. Williams.

/////

In light of the stipulations provided by the parties, and the Court's determination that referral for a mental competence evaluation is appropriate and warranted in this case, it is hereby ordered that Mr. Williams be referred for a mental competence evaluation to be conducted by Dr. Robin Lin. Absent further application to this Court, and on a showing of good cause, this evaluation shall occur at the Sacramento County Jail. The Government has confirmed that it will pay for the evaluation and will work with defense counsel, John Balazs, and Dr. Lin on processing and providing payment. Further, the Sacramento County Jail is directed to provide Mr. Balazs or his representative a copy of all mental health and medical records, including psychiatric records, in its possession for Mr. Williams (XREF No. 4904649). These records shall be made available only to Mr. Balazs, Dr. Lin, and their staff without further order of the Court. The Sacramento County Jail shall provide these records to Mr. Balazs as soon as practicable, and the evaluation shall occur within thirty days of this order, subject to an application for additional time on a showing of good cause.

**SO ORDERED.**

Dated: January 19, 2018.

_____
UNITED STATES DISTRICT JUDGE