JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
DASHAWN WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-0366-KJM |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| v. | |
| DASHAWN WILLIAMS, | |
| Defendant. | |

Upon application of the defendant Dashawn Williams, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that the Declaration of Counsel in Support of Motion for Determination of Mental Competency be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

DATED: May 9, 2018.

_____
UNITED STATES DISTRICT JUDGE