IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-366 KJM |
|---|---|
| Plaintiff, | ORDER COMMITTING THE DEFENDANT TO CUSTODY OF THE ATTORNEY GENERAL; EXCLUSION OF TIME |
| v. | |
| DASHAWN WILLIAMS, | |
| Defendant. | |

On May 9, 2018, the Court ordered an evaluation of defendant Deshawn Williams' mental competency to stand trial, pursuant to 18 U.S.C. § 4241(b). ECF No. 244. Mental health personnel at the U.S. Bureau of Prisons (BOP), Federal Metropolitan Detention Center in Los Angeles, conducted that evaluation and issued a Forensic Evaluation Report on August 20, 2018. ECF No. 261. On August 27, 2018, the parties appeared before the Court for a status conference regarding the August 20, 2018 Forensic Evaluation Report and its recommendations.

Given the report's conclusions, counsel for both the government and the defendant agreed with the Forensic Evaluation Report's recommendation that Mr. Williams be committed to the custody of the Attorney General for hospitalization in a federal medical facility for further evaluation and treatment for restoration to competency, pursuant to 18 U.S.C. § 4241(d).

/////

/////

1

The Court, after reviewing the report of BOP Psychologist Samantha Shelton, Psy. D., dated August 20, 2018, hearing discussion by the parties, and the Court's having personally observed the defendant in open court at the hearing on August 27, 2018, finds:

(1) By a preponderance of the evidence, that Mr. Williams is presently suffering from a mental disease or defect rendering him unable to assist properly in his own defense; and

(2) That, pursuant to 18 U.S.C. § 4241(d), Mr. Williams should be committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility; and

(3) That the ends of justice served by committing the defendant to the custody of the Attorney General, for the purposes set forth above and in 18 U.S.C. § 4241(d), outweigh the interest of the public and the defendant in a speedy trial.

The Court therefore ORDERS, pursuant to 18 U.S.C. § 4241(d), the defendant to be committed to the custody of the Attorney General for treatment in a suitable facility for:

(1) A reasonable amount of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

(2) An additional reasonable period of time until (A) his mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or (B) the pending charges against him are disposed of according to law, whichever is earlier.

The Court FURTHER ORDERS that:

(3) A further status conference in this matter is set for January 7, 2019, at 9:00 a.m. before this Court; and

(4) The time between August 27, 2018, and January 7, 2019, inclusive, is excluded from the computation of time within which trial must commence, under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) [Local Code A] and 3161(h)(4) [Local Code N].

SO ORDERED.

DATED: August 31, 2018.

_____
UNITED STATES DISTRICT JUDGE