HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, California 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
DASHAWN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-00366-KJM |
|---|---|
| Plaintiff, | ) **ORDER TO ALLOW DEFENSE A COPY OF SEALED TRANSCRIPTS OF IN CAMERA STATUS OF COUNSEL PROCEEDINGS** |
| vs. | ) |
| DASHAWN WILLIAMS, | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

It is ordered that the transcript dated August 26, 2019 shall be provided to Defense counsel upon payment of the costs for generating the transcript.

The Defendant shall bear the cost of the generating the transcript at the standard rate.

DATED: March 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1