UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DASHAWN WILLIAMS,<br><br>                Defendant. | No. 2:13-CR-00366-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DASHAWN WILLIAMS;

Case No. 2:13-CR-00366-KJM, from custody for the following reasons:

    ___Release on Personal Recognizance

    ___Bail Posted in the Sum of $

                  __ Unsecured Appearance Bond

                  __ Appearance Bond with 10% Deposit

                  __ Appearance Bond with Surety

                  __ Corporate Surety Bail Bond

    _X_ (Other): Defendant's unopposed motion granted.

Issued at Sacramento, California on   3/11/24  , at   9:24 am  

*/s/ Kimberly J. Mueller*
Kimberly J. Mueller
United States District Judge