UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| **Honorable Kimberly J. Mueller**<br>**Chief United States District Judge**<br>**Sacramento, California** | RE:  **Deshawn Williams**<br>       **Docket Number:  2:13CR00366-001**<br>       <u>**REQUEST TO REVOKE RELEASE**</u><br>       <u>**PENDING DISPOSITION**</u> |

Your Honor:

On March 11, 2024, Mr. Williams was before the Court on a Motion Hearing to release him prior to his Disposition Hearing scheduled for May 13, 2024.  The request was in part based on Mr. Williams' request to be able to secure employment and save for his own residence.  Your Honor, with the agreement of counsel and probation, ordered Mr. Williams released to his father's residence with location monitoring (home detention).

On March 21, 2024, I received notification from the Vallejo Police Department of a disturbance complaint at Mr. Williams' father's residence.  I was informed by Vallejo Police dispatch that due to the severe understaffing of their department and low-level nature of the complaint, no officer would be dispatched unless the situation escalated.

On March 22, 2024, I spoke with Mr. Williams' father who informed Mr. Williams had been drinking alcohol on March 21, 2024, and had assaulted him by pushing him.  He reported no punches were thrown, but informed Mr. Williams could no longer live at his residence.  I then spoke with Mr. Williams and his father on the phone and Mr. Williams admitted to drinking alcohol.  I directed him to leave his father's residence and report to the probation office immediately.  Within ten minutes, Mr. Williams' father called again to inform he would allow Mr. Williams to stay with him over the weekend so long as he did not drink alcohol.  Mr. Williams' father also stated he would be taking his son to a residential shelter in Fairfield, California to see if there was a bed available.

During my conversation with Mr. Williams, it became apparent his mental health has again decompensated to the point where he does not appear capable of peacefully residing with family. Based on Mr. Williams' mental health concerns, his lack of a stable residence, and his assaultive behaviors (both current and past), he presents a danger to himself and others.  It is strongly

RE: **Deshawn Williams**
    Docket Number:   2:13CR00366-001
    **Page 2**

recommended his Order of Release be revoked and he be returned to custody until a more suitable plan can be established for his Disposition.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Philip Mizutani** | **Shannon L. Morehouse** |
| United States Probation Officer | Supervising United States Probation Officer |

**Dated:**   March 22, 2024
         Sacramento, California

## ORDER OF THE COURT

**THE COURT ORDERS: Mr. Williams' release pending his Disposition is revoked and he is be returned to custody.**

☒ Approved    ☐ Disapproved

March 25, 2024
**Date**

*[signature]*
**Kimberly J. Muller**
**Chief United States District Judge**

cc:   James Connolly
     Assistant United States Attorney

     Douglas J. Beevers
     Defense Counsel