HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
Fax: 916.498.5710
douglas_beevers@fd.org

Attorney for Defendant
DASHAWN WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DASHAWN WILLIAMS<br>Defendant. | Case No. 2:13-cr-00366-KJM-1<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE AND TO CONTINUE REVOCATION HEARING<br><br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for DASHAWN WILLIAMS, that Defendant be released to Geo Care Oakland RRC on May 24, 2024 based upon the following conditions of release:

1. You must reside in a residential reentry center for a term of up to 180 days.

2. You must follow the rules and regulations of the center.

3. You must pay the cost of confinement as determined by the Bureau of Prisons.

The parties further stipulate that the Revocation hearing currently set for May 13, 2024 at 9:00 a.m., be continued to July 15, 2024 at 9:00 a.m.

Dated: April 12, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
DASHAWN WILLIAMS

Dated: April 12, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is ordered that Defendant shall be released on May 24, 2024. It is further ordered that the Revocation Hearing currently set for May 13, 2024 at 9:00 a.m., be continued to July 15, 2024 at 9:00 a.m.

Dated: April 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE