UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DASHAWN WILLIAMS,<br><br>                Defendant. | No. 2:13-CR-00366-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |
|---|---|

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DASHAWN WILLIAMS;

Case No. 2:13-CR-00366-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): <u>Time Served.</u>

Issued at Sacramento, California on May 13, 2024 at 9:48 am

Kimberly J. Mueller
United States District Judge